

2009 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

12-2-2009

# USA v. Alvin Simmons, Jr.

Precedential or Non-Precedential: Non-Precedential

Docket No. 08-2427

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2009

Recommended Citation

"USA v. Alvin Simmons, Jr." (2009). *2009 Decisions.* Paper 164.
http://digitalcommons.law.villanova.edu/thirdcircuit_2009/164

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2009 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

NOT PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 08-2427
_____

UNITED STATES OF AMERICA

v.

ALVIN R. SIMMONS, Jr.,
                                Appellant


_____

On Appeal from the United States District Court
for the Western District of Pennsylvania
(D.C. No. 2-04-cr-00278)
District Judge: Honorable Donetta W. Ambrose


_____

Submitted Under Third Circuit LAR 34.1(a)
December 1, 2009

Before: FISHER, HARDIMAN and STAPLETON, *Circuit Judges*.

(Filed: December 2, 2009)


_____

OPINION OF THE COURT
_____



HARDIMAN, *Circuit Judge*.

On April 23, 2008, the District Court revoked Appellant Alvin R. Simmons's supervised release and sentenced him to twenty-one months incarceration. The District Court further directed that Simmons was not subject to supervised release following his release from custody. Counsel subsequently filed this appeal at Simmons's request, but moved to withdraw pursuant to *Anders v. California*, 386 U.S. 738 (1967).

Bureau of Prisons records indicate—and Simmons's counsel confirms—that Simmons was released from federal custody on November 6, 2009. Because a defendant's unconditional release typically renders moot an appeal of a district court's imposition of a term of incarceration for a supervised release violation, *United States v. Kissinger*, 309 F.3d 179, 182 (3d Cir. 2002), we directed Simmons's counsel to explain why Simmons's release would not require dismissal of his appeal. In response, Simmons's counsel concedes that the present appeal is moot under *Kissinger*. Accordingly, we will enter an order dismissing Simmons's appeal as moot.